IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ULICES CEZAREZ,<br><br>    Defendant.<br>_____/ | No. CR-3-15-70817 MEJ<br><br>**STAY AND ORDER SETTING HEARING FOR UNITED STATES' EMERGENCY APPEAL OF MAGISTRATE JUDGE'S ORDER OF RELEASE** |

      The United States has made an emergency motion to appeal the order of Magistrate Judge Maria-Elena James setting conditions of release for defendant Ulices Cezarez. This is a criminal prosecution, not yet indicted, and not yet assigned to a district judge (although the application erroneously lists Judge Vince Chhabria as the assigned judge). The undersigned judge is the general duty judge today and resuming again on Monday July 13 (but is not the general duty judge for Thursday and Friday of this week). Due to the inability of the marshals to bring defendant to San Francisco today, the Court, upon a good cause showing by the United States, orders as follows: The United States' appeal of Judge James' release order will be heard on **JULY 13, 2015, AT TWO P.M.** before the undersigned judge. Pending the decision on the appeal, Judge James' release order is hereby **STAYED**.

      In the event that either side wishes to have a hearing sooner than Monday, it shall be held before Judge Haywood Gilliam, the general duty judge for Thursday and Friday of this week. The parties shall be responsible for organizing a more expedited hearing in front of Judge Gilliam, if either side so wishes.

    **IT IS SO ORDERED.**

Dated: July 8, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE