AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

VIOLATION:  COUNT ONE: 18 U.S.C. § 1958 – Use Of Interstate Commerce Facilities In The Commission Of Murder-For-Hire.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**

a) Maximum Term of Prison 10 years
b) Maximum Fine $250,000
c) Maximum Term of Supervised Release 3 years
d) Mandatory Special Assessment $100

─── **PROCEEDING** ───

Name of Complaintant Agency, or Person (&Title, if any)
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    SHOW DOCKET NO.
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant    MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM    MELINDA HAAG
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    William Frentzen, AUSA

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

─── **DEFENDANT - U.S.** ───

▶ ULICES CAZAREZ

**DISTRICT COURT NUMBER**

CR 15 362 CRB

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:  No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

---

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3

4

5

6

7



8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,         **CR   15   362**

13                    Plaintiff,

                                      VIOLATION: 18 U.S.C. § 1958 – Use Of
14  v.                                Interstate Commerce Facilities In The
                                      Commission Of Murder-For-Hire.
15  ULICES CAZAREZ,

16                    Defendant.      SAN FRANCISCO VENUE

17

18

19                        I N D I C T M E N T

20  The Grand Jury charges:

21         On or about June 11, 2015, in the Northern District of California, the defendant,

22                        ULICES CAZAREZ,

23  knowingly, intentionally, and unlawfully did use a facility of interstate commerce, and did

24  cause another to use a facility of interstate commerce, with intent that the murder of Victim 1

25  be committed, in violation of California Penal Code Section 187, as consideration for the

26  receipt of, and as consideration for a promise and agreement to pay, things of pecuniary

27  value, to wit: United States currency.

                                      1

1            All in violation of Title 18, United States Code, Section 1958.

2

3    Date: July ____, 2015           A TRUE BILL

4

5

                            FOREPERSON OF THE GRAND JURY

6

7    MELINDA HAAG
        United States Attorney
8    District of Northern California

9

10

    PHILIP A. GUENTERT
11   Deputy Chief, Criminal Division

12

13

14   (Approved as to form:                        )
                           William Frentzen
15                       Assistant U.S. Attorney

16

17

18

19

20

21

22

23

24

25

26

27