IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ULICES CAZAREZ<br><br>    Defendant._____/ | No. CR 15-362 CRB<br><br>**ORDER CONTINUING HEARING ON APPEAL OF PRETRIAL RELEASE ORDER** |

    In light of new information received by the Court about the Defendant's travel, this matter is CONTINUED to Thursday, July 16, 2015 at 2:00 p.m. for further discussion.

**IT IS SO ORDERED.**

Dated: July 10, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2015\70817\order continuing.wpd