KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for ULICES CAZAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff,　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ULICES CAZAREZ,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendant.　　)<br>_____) | CR- 15-362 CRB<br><br>STIPULATION TO CONTINUE STATUS DATE AND [PROPOSED] ORDER |

The parties stipulate as follows:

1.  The case is next set on October 26, 2016 for a status or change of plea.

2.  The parties have been diligent in discussing outstanding issues prior to resolution of the case.  There are still issues remaining that require additional effort by both parties prior to resolution or trial setting.

3.  We are requesting that the pending status conference be continued for a month and expect that the case will resolve or be ready to set for trial at that time.

4.  The parties agree that this time is excludable from the Speedy Trial Act for effective preparation of counsel under 18 U.S.C. 3161(h)(7)(B)(iv).

5.  The parties are requesting the case be set for a status or change of plea on November 23, 2016.

STIP/ORDER FOR CONTINUANCE

DATED: October 21, 2016              /s/ Kenneth Wine
                                     Kenneth H. Wine, Esq.
                                     Attorney for Defendant
                                     ULICES CAZAREZ

DATED: October 21, 2016              /s/ Scott Joiner
                                     Scott Joiner, AUSA
                                     Attorney for Plaintiff
                                     UNITED STATES

## ORDER

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING:

It is hereby ordered that Defendants Ulices Cazarez's Status Conference be continued from October 26, 2016 to November 21, 2016 at 10:00 a.m., and that time will be excluded under 18 U.S.C. 3161(h)(7)(B)(iv) for effective preparation of counsel.

DATED: October 24, 2016

HON. CHARLES R. BREYER
U.S. DISTRICT COURT

STIP/ORDER FOR CONTINUANCE                    2