IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ULICES CAZAREZ,<br>Defendant. | Case No. 15-cr-00362-CRB-1<br><br>**ORDER DENYING MOTION FOR RECOMMENDATION FOR HALFWAY HOUSE AND MODIFICATION OF GOOD TIME CREDIT** |

Now before this Court is Defendant Ulices Cazares' Motion for a Recommendation for Halfway house and Modification of Good Time Credit (Dkt. 71). This Court issued an Order requesting the Government's response, Order Requesting Response to Docket 71 (Dkt. 72), and the government filed a Memorandum in Opposition to Defendant's Motion, Mem. in Opp. (Dkt. 73).

Defendant moves, pro se, for "12 months of halfway house and 7 additional days [of] good time credit per year of incarceration as provided by the First Step Act." Mot. at 1.

The Government opposes both requests. Opp. at 2-6. It argues first that Defendant's request for good time credit is moot because the Bureau of Prisons has already calculated and awarded that credit under the First Step Act, "which appears to have resulted in more GCT [sic] than the seven days requested by petitioner." Id. at 2-3; id. Exh. A. The Court thus DENIES Defendant's request for good time credit as moot.

Second, the Government argues that the request for a recommendation for placement in a halfway house is "not appropriate for this case" given the serious nature of the conduct that led to Defendant's conviction, and Defendant has failed to exhaust his

administrative remedies. Id. at 3-6, id. Exh A. The Court concurs with the Government that, assuming favorably to Defendant that he exhausted his administrative remedies, the sought recommendation is inappropriate in this case given the serious nature of the murder-for-hire conduct of which Defendant was convicted. See id. at 3-4. And so the Court DENIES Defendant's request that this Court recommend his placement in a halfway house.

**IT IS SO ORDERED.**

Dated: August 20, 2019



CHARLES R. BREYER
United States District Judge