IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ULICES CAZAREZ,<br><br>                    Defendant. | Case No. 15-cr-00362-CRB-1<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE** |

Ulices Cazarez has moved for compassionate release under 18 U.S.C. § 3582(c)(1)(A). See generally Mot. (dkt. 75). Because Cazarez has not satisfied the requirements of the applicable Sentencing Commission policy statement, his motion for early release is denied. The Court determines that there is no need for oral argument on this matter.

A reduction in sentence under § 3582(c) must be "consistent with applicable policy statements issued by the Sentencing Commission." Id. § 3582(c)(1)(A); see also Dillon v. United States, 560 U.S. 817, 819 (2010) (holding that the Sentencing Commission policy statement applicable to 18 U.S.C. § 3582(c)(2) remains mandatory, even after United States v. Booker, 543 U.S. 220 (2005)). The applicable Sentencing Commission policy statement, U.S.S.G. § 1B1.13, directs that a court may only grant compassionate release if it determines that "[t]he defendant is not a danger to the safety of any other person or to the community, as provided in 18 U.S.C. § 3142(g)." Section 3142(g) lays out four factors for determining dangerousness: (1) "the nature and circumstances of the offense charged," (2) "the weight of the evidence against the person," (3) the history and characteristics of the person," and (4) "the nature and seriousness of the danger to any person or the community that would be posed by the person's release."

The Court finds that Cazares is a danger to another person: the victim of his crime of

1  conviction.  Cazares pled guilty to commissioning a murder-for-hire, in violation of 18 U.S.C.

2  § 1958.  Plea Agreement (dkt. 54) ¶ 1.  He admitted soliciting a murder-for-hire, negotiating for a

3  lower price, and shopping around for a cheaper killer.  <u>See</u> <u>id.</u> ¶ 2.  The motive for this appalling

4  plot was a harassment lawsuit the victim brought against Cazares.  <u>See</u> Sentencing Memorandum

5  (dkt. 61) at 1.  The nature and circumstance of Cazarez's crime, the evidence against him, his

6  history and characteristics, and the nature and seriousness of the danger he would pose to the

7  victim of the plot were he released demonstrate that he is a danger under § 3142(g).

8      For the foregoing reasons, the motion for compassionate release is denied.

9  **IT IS SO ORDERED.**

10  Dated: May 4, 2020



11  CHARLES R. BREYER
United States District Judge